WISCONSIN CARBONIC GAS COMPANY V. DRY ICE CORPORATION OF AMERICA, AMERICAN DRY ICE CORP. and PURE CARBONIC CO. OF AMERICA.— Motion for reargument denied, with ten dollars costs. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.

JOSEPH L. NETTLES, as Receiver of the Stockholders' Liability of THE PEOPLES STATE BANK OF SOUTH CAROLINA, V. STARLING W. CHILDS and Others.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

BETSY RITCHIE ARON V. HAROLD GUTHRIE ARON.— Motion for leave to appeal to the Court of Appeals granted; motion for reargument denied. [See 255 App. Div. 956.] Settle order on notice. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

In the Matter of the Estate of ERNST PLATH, Also Known as ERNEST PLATH, Deceased. In the Matter of the Application of ERNESTINE FLORA SCHUSS for the Revocation of Letters of Administration Issued to EMMA PLATH.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

CECELIA ARONSON V. THE EQUITABLE LIFE ASSURANCE SOCIETY OF THE UNITED STATES.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., Glennon, Untermyer, Dore and Callahan, JJ.

In the Matter of ETHEL MYERS V. STANLEY S. MYERS.— Motion for leave to appeal to the Court of Appeals or for a reargument denied. [See 255 App. Div. 599.] Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.

WILLIAM H. HAMILTON V. ANDREW W. B. INVERFORTH and Others, Impleaded with HENRY A. SNELLING, as Executor of and Trustee under the Last Will and Testament of THOMAS J. LIPTON, Deceased.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., Townley, Untermyer, Cohn and Callahan, JJ.; Callahan, J., taking no part.

MADISON SQUARE GARDEN CORPORATION V. UNIVERSAL PICTURES COMPANY, INC., BIG " U " FILM EXCHANGE, INC., and UNIVERSAL FILM EXCHANGES, INC.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., Glennon, Untermyer, Dore and Callahan, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. ENVOY APARTMENTS, INC., v. WILLIAM STANLEY MILLER and Others, Commissioners of Taxes and Assessments of the City of New York.— Motion for a reargument denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.